Nancy Weng, Esq.
Tsao-Wu & Yee, LLP
99 N. 1st Street, Suite #200
San Jose, CA 95113
(408) 635-2334 (tel)
(415) 777-2298 (fax)
nweng@tsaoyee.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>Majid Marhamat<br><br><br>Debtor. | Case No. 10-59396<br>Chapter 7<br><br>**DECLARATION OF MAJID MARHAMAT, DEBTOR, IN SUPPORT OF MOTION TO AVOID JUDICIAL LIEN UNDER 11 U.S.C. §522 (f)(1)(A)**<br>(Lawrence Wu and Melea Men) |

I, Majid Marhamat, am the Debtor in the above captioned Chapter 7 case and make this Declaration in support of the Motion to Avoid Judicial Lien. I am over the age of 18 years and if called upon to testify as to the statements made herein I would be competent to testify to them. I make the following declaration under penalty of perjury based upon my own personal knowledge.

1. I filed a Chapter 7 petition for relief pursuant to Title 11 of the U.S. Bankruptcy Code under the above referenced bankruptcy case number 10-59396 on September 9, 2010.

2. I bring this Motion to Avoid Judicial Lien Under 11 U.S.C. §522 (f)(1)(A) seeking an order from the Court avoiding the judicial lien(s) held by the creditors, Lawrence Wu and Melea Men, which impairs my homestead exemption to which I would otherwise be entitled under California law.

3. Among the assets I own are my residence located at 18394 Montpere Way, Saratoga, CA 95070-4746 (hereinafter "Property"), which is a dwelling listed on Schedule A. I hold title to the Property.

4. On or about August 20, 2008, Stephen R. Oliver, Esq. of Oliver & Stephenson, on behalf of Lawrence Wu and Melea Men, obtained a judicial lien on the Property. This judicial lien is entered into record in the County of Santa Clara as follows:

| | |
|---|---|
| Plaintiff | Lawrence Wu and Melea Men |
| Defendant | Majid M. Marhamat |
| Basis | Judgment |
| Amount | $267,859.38 |
| Case No. | 106cv067705 Santa Clara County Superior Court |

Recorder's Number: 19960842 on August 20, 2008

5. I estimate the fair market value of the subject real property at the time of this bankruptcy petition filing was no more than $795,000.00 (See Amended Schedule A attached to the Motion).

6. At the time of this petition filing, the Property was encumbered by a first lien with Bank of America in the approximate amount of $563,000; a second lien with GreenPoint Mortgage Funding in the approximate amount of $196,000.

7. I believe and therefore allege that the judicial lien entered by Lawrence Wu and Melea Men in the amount of $267,859.38 impairs my Homestead Exemption, to which I am entitled and therefore, should be avoided.

WHEREFORE, I ask that this Court issue an Order avoiding the judicial lien of Lawrence Wu and Melea Men.

Date: August 17, 2017

/s/ Majid Marhamat
Majid Marhamat