

The following constitutes
the order of the court. Signed October 2, 2017

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.: 10-59396 SLJ |
| MAJID MARHAMAT, | Chapter 7 |
| Debtor(s). | |

**ORDER VACATING ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN**
**(Lawrence Wu and Melea Men)**

The court having inadvertently signed the Order Granting Motion to Avoid Judicial Lien of Lawrence Wu and Melea Men, which was entered on September 28, 2017,

IT IS HEREBY ORDERED that the Order Granting Motion to Avoid Judicial Lien of Lawrence Wu and Melea Men (Docket No. 75) is VACATED and has no force and effect.

*** END OF ORDER ***

ORDER VACATING ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN      1

Court Service List

ECF NOTIFICATIONS