Law Offices of Mark K. Oto
MARK K. OTO, SBN 100058
255 North Market Street, Suite 260
San Jose, California 95110
Tel: (408) 993-0303

Attorney for Creditors
Lawrence Wu and Mealea Men

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In re:<br><br>MAJID MARHAMAT<br><br><br><br><br><br><br>Debtor,<br> | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>/ | CASE NO. 10-59396 SLJ<br>CHAPTER 7<br><br>**REQUEST FOR HEARING AND OPPOSITION TO MOTION TO AVOID LIEN BY LAWRENCE WU AND MEALEA MEN**<br><br><br><br>No hearing set |

Creditors Lawrence Wu and Mealea Men ("Creditors") hereby opposes the Debtor's Motion to Avoid Lien on real property located at 18394 Montpere Way, Saratoga, CA 95070 ("Real Property") on the following grounds:

1. Creditor holds a recorded judgment against the real property which awarded Creditors money damages against the debtor but also required the Debtor to convey clean title to the real property to the Creditor. See Judgment attached the Declaration of Lawrence Wu. It is Creditor's position that under the judgment, Creditors are the equitable owners of the real

property. The judgment held by Creditors reflects litigation over a real estate purchase contract by which the Debtor sold the property to the Creditors.

2. Debtor believes that the Real Property value is $795,000.00 as of the date of the petition but offers no evidence of value, other than the debtor's opinion, for which there is no foundation and Creditors so object to such evidence.

3. Creditors believe and thereon allege that there is equity to cover the Debtor's exemption and provide equity for the Creditors. And, as set forth above, Creditors do not believe that the Debtor is entitled to any exemption because he is not the equitable owner of the property.

4. Creditors believe that the value of the Real Property is approximately One Million dollars ($1,000,000.00) as of the date of the petition in 2010. Creditor purchased the real property from the Debtor in 2004 for approximately $800,000. And the current estimated value is approximately One Million Five Hundred Sixty Eight Thousand dollars($1,568,000) pursuant to a Zillow valuation estimate. See Declaration of Lawrence Wu, filed herewith.

5. Creditor request time to obtain a formal appraisal of the real property and requests leave of the Court to amend its pleadings in support of its position.

6. Creditors request that the Court deny the Debtor's Motion to Avoid Lien because there is no lien to avoid. The recorded judgment does not constitute a lien per se but is likely a cloud on the debtor's title.

7. This motion is based upon the Request for Hearing herein, the Declaration of Creditors filed herewith, and upon such other and further oral documentary evidence which may be presented at time of the hearing in this matter.

8. Wherefore, Creditors Lawrence Wu and Mealea Men oppose the Debtor's motion and hereby request a hearing on the Debtor's motion to avoid lien.

DATED: October 25, 2017

/s/Mark K. Oto
Mark K. Oto
Attorney for Creditors
Lawrence Wu and Mealea Men

LAW OFFICES OF
MARK K. OTO
255 NORTH MARKET STREET
SUITE 260
SAN JOSE, CALIFORNIA 95110
TELEPHONE (408) 993-0303

MKO.Wu and Men.Request for Hearing and Opp   3   Request for Hearing on Avoid Lien

Case: 10-59396   Doc# 89   Filed: 10/25/17   Entered: 10/25/17 13:31:20   Page 3 of 3