Law Offices of Mark K. Oto
MARK K. OTO, SBN 100058
255 North Market Street, Suite 260
San Jose, California 95110
Tel: (408) 993-0303

Attorney for Creditors
Lawrence Wu and Mealea Men

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MAJID MARHAMAT<br><br><br><br><br><br>Debtor, | CASE NO. 10-59396 SLJ<br>CHAPTER 7<br><br>**DECLARATION OF LAWRENCE WU IN OPPOSITION TO MOTION TO AVOID LIEN BY DEBTOR**<br><br><br><br>No hearing set |

I, Lawrence Wu, declare:

1. I am over the age of eighteen (18) and am one of the judgment creditors of the Debtor, Majid Marhamat. I make this declaration in opposition to the Debtors Motion to Avoid the Lien of Lawrence Wu and Mealea Men on the property located at 18394 Montpere Way, Saratoga, San Jose, CA 95070 ("Real Property"). I have personal knowledge of the matters stated in this declaration and, if called as a witness, I could and would testify competently to the truth of the same.

2. Mealea Men and I bought the real property from the Debtor in 2004. The Debtor breached the purchase contract because he was not able to deliver the real property free of

substantial tax liens. We learned that the Debtor's combined IRS tax liens and California tax liens, in 2005, were over one million dollars. We did, in fact, occupy the property for seven years, 2002 to 2009. During this time, we exhausted remedies and options to have the real property delivered to us with clean title.

3. In 2006, we grant deeded the property back to the Debtor and pursued legal action. That action produced the judgment against the Debtor, which is attached hereto (Exhibit 1). The judgment reflects monies that we had advanced on the Debtor's mortgages and other property expenses that we had incurred while expecting the Debtor to deliver clean title to us. We actually paid the Debtor's mortgages and other property expenses up to 2009. The actual monies we advanced and paid on the real property were more than the amount shown on the judgment.

4. Based upon my occupancy and familiarity with the real property, I believe that the real property had a value in excess of One Million Dollars at the time the Debtor filed his bankruptcy petition in 2010. There is sufficient equity in the Real Property to cover at least part of our judgment. The real property has a current estimated value of 1.568 million dollars according to Zillow, see attached face sheet from Zillow showing the estimated value, Exhibit 2.

5. The Court may wish to note that the judgment requires the Debtor to tender clean title for the real property to Mealea Men and myself. As a result, it is our position that we are the equitable owners of the real property.

6. I request that the Court deny the Debtor's Motion or allow us time to retain an appraiser and have the Real Property appraised as of the date of the petition.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration is executed on October 24, 2017 at San Jose, California.

/s/Lawrence Wu
Lawrence Wu

LAW OFFICES OF
MARK K. OTO
255 NORTH MARKET STREET
SUITE 260
SAN JOSE, CALIFORNIA 95110
TELEPHONE (408) 993-0303

RECORDING REQUESTED BY

AND ——

WHEN RECORDED MAIL TO:

STEPHEN R. OLIVER
ATTORNEY AT LAW
2176 THE ALAMEDA
SAN JOSE, CA 95126

DOCUMENT: 19960842



Pages: 4
Fees.... 18.00
Taxes...
Copies..
AMT PAID 18.00

REGINA ALCOMENDRAS
SANTA CLARA COUNTY RECORDER
Recorded at the request of
Attorney

RDE # 001
8/20/2008
11:09 AM

( SPACE ABOVE THIS LINE FOR RECORDER'S USE )

JUDGMENT BY DEFAULT BY COURT
DOCUMENT TITLE

EXHIBIT 1

SEPARATE PAGE, PURSUANT TO GOVT. CODE 27361.6

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| STEPHEN R. OLIVER 77630<br>OLIVER & STEPHENSON<br>2176 THE ALAMEDA; SAN JOSE, CA 95126 | (408)244-9200 | FILED<br>2008 AUG 18 P 1:48<br>SCSC<br>D. Wendel |
| ATTORNEY FOR (Name): PLAINTIFF | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 191 N. FIRST ST.
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE, CA 95113
BRANCH NAME:

PLAINTIFF: LAWRENCE WU, MELEA MEN

DEFENDANT: MAJID MARHAMAT

| JUDGMENT BY DEFAULT BY COURT<br>☐ Ex Parte (by declaration) ☐ After Hearing on Date _____ | Case No.:<br>106 CV 067705 |
|---|---|

The defendant(s) __MAJID MARHAMAT__

having been regularly served with summons and copy of complaint, having failed to appear and answer said complaint within the time allowed by law, and the default of said defendant__ having been duly entered, upon application of plaintiff to the Court, and after having heard the testimony and considered the evidence, or pursuant to affidavit on file herein, the Court ordered the following JUDGMENT:

It is ordered and adjudged that plaintiff(s) __LAWRENCE WU, MELEA MEN__

have and recover from said defendant__, the amount of:

| | |
|---:|:---|
| Principal | 230,000.00 |
| Pre-judgment interest | 34,496.88 |
| Cost | 362.50 |
| Attorneys fees | 3,000.00 |
| The total sum of the above $ | 267,859.38 |

CONTINUED ON ATTACHMENT 1 FOR JUDGMENT FOR SPECIFIC PERFORMANCE OF SALE CONTRACT FOR 18394 MONTPERE WAY, SARATOGA, CA

Dated: _____     SIGNED ON ATTACHMENT
                                                                Judge of the Court

Dated: _____     _____, Clerk

                                                  By _____, Deputy Clerk

Rev. 1-1-2000                **JUDGMENT BY DEFAULT BY COURT**                Rose Printing Catalog #514

Case: 10-59396   Doc# 90   Filed: 10/25/17   Entered: 10/25/17 13:34:07   Page 5 of 9

ATTACHMENT 1

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to the terms of the Residential Purchase Agreement between the parties of January 15, 2004, defendant shall deliver to plaintiffs, through a title company with title insurance, a good and sufficient warranty deed, conveying to the plaintiffs in fee simple, free of personal Tax Liens and Judgment Liens, the following described real property located in the City of Saratoga, County of the Santa Clara, State of California:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

Commonly known as:   18394 Montpere Way
Saratoga, CA 95070
APN 403-23-029

Dated  18 August 2008

JUDGE OF THE SUPERIOR COURT

## EXHIBIT "A"

## LEGAL DESCRIPTION

LOT 53, as shown upon that certain Map entitled, "TRACT NO. 1866 VILLA SARATOGA UNIT NO. 3," which Map was filed for record in the office of the Recorder of the County of Santa Clara, State of California, on June 28, 1957 in Book 84 of Maps at Page 3.

EXCEPTING THEREFROM the underground water or rights thereto, with no rights of surface entry, as conveyed to San Jose Water Works, a California corporation, by Deed recorded in Book 3862 of Official Records, Page 230.

APN/ARB: 403-23-029



THE FOREGOING INSTRUMENT IS A CORRECT COPY OF THE ORIGINAL ON FILE IN THIS OFFICE
ATTEST: DAVID H. YAMASAKI
AUG 18 2008
CHIEF EXECUTIVE OFFICER/CLERK
SUPERIOR COURT OF CALIFORNIA COUNTY OF SANTA CLARA
IN AND FOR THE COUNTY OF SANTA CLARA
BY JJ Wendel DEPUTY

# 18394 Montpere Way, Saratoga, CA 95070

3 beds · 2 baths · 1,389 sqft

OFF MARKET

Zestimate®: $1,568,460
I disagree

Rent Zestimate®: $3,950 /mo

Est. Refi Payment
$6,118/mo
See current rates

## Waiting

 Ask an agent about market conditions in your neighborhood.

👤 Your name
📞 Phone
✉ Email

I own this home and would like to ask an agent about selling 18394

**Contact Agent**

Or call 408-912-1501 for more info

### Is this your rental?

Get a monthly local market report with comparable rentals in your area.

○ I own and manage this rental

I manage this rental for the owner

Enter email

**Subscribe**

Claim this home as your residence

Note: *This property is not currently for sale or for rent. The description below may be from a previous listing.*

Great Investment Opportunity! Excellent Location. Beautiful Setting.

## Similar Homes for Sale


**FOR SALE**
$1,248,229
3 beds, 2.0 baths, 1252 sqft
13741 Quito Rd, Saratoga, ...


**FOR SALE**
$1,198,000
3 beds, 2.0 baths, 1356 sqft
13279 Quito Rd, Saratoga,...


**FOR SALE**
$1,625,000
3 beds, 2.0 baths, 1823 sqft
5007 Grimsby Dr, San Jo...

See listings near 18394 Montpere Way

## Nearby Similar Sales

**SOLD: $1,315,000**
Sold on 4/13/2017
3 beds, 2.0 baths, 1127 sqft
5141 Tisdale Way, San Jose, CA 95130

EXHIBIT  2

LIST FOR RENT    ♡ SAVE    ✉ SHARE    ⊘ HIDE    GET UPDATES    City, State, or Zip    🔍

Public    Landlord    California · Saratoga · 95070 · Fruitvale · 18394 Montpere Way


