Law Offices of Mark K. Oto
MARK K. OTO, SBN 100058
255 North Market Street, Suite 260
San Jose, California 95110
Tel: (408) 993-0303

Attorney for Creditors
Lawrence Wu and Mealea Men

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO. 10-59396 SLJ |
| MAJID MARHAMAT | ) | CHAPTER 7 |
| | ) | |
| | ) | NOTICE OF UNAVAILABILITY |
| Debtor, | ) | |
| | / | No hearing set |

TO DEBTOR, DEBTORS COUNSEL, AND ALL PARTIES IN INTEREST:

Please take notice that Mark K. Oto, counsel for Lawrence Wu and Mealea Men, in unavailable from October 27, 2017 to November 13, 2017 and November 16, 2017. During the unavailable period, counsel is unable to review, respond, reply, oppose any motion documents or other pleadings in this action. In addition, counsel is unable to attend Court during the period of unavailability.

Law Offices of Mark K. Oto

DATED: October 25, 2017    /s/Mark K. Oto
                           Mark K. Oto

MKO.Wu and Men.Notice    1    Notice of unavailability

Attorney for Creditors
Lawrence Wu and Mealea Men

LAW OFFICES OF
**MARK K. OTO**
255 NORTH MARKET STREET
SUITE 260
**SAN JOSE, CALIFORNIA 95110**
TELEPHONE (408) 993-0303